IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:21-cv-02662-CNS

BONIFACIO ESTARES,

     Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER GRANTING THE PLAINTIFF'S
MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

The Stipulated Motion for Fees Under the Equal Access to Justice Act (EAJA), ECF No. 19, is GRANTED.

Plaintiff is hereby awarded $3,500.00 in attorney fees under the EAJA and $400 in costs. Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  However, the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Under *Astrue v. Ratliff*, 130 S.Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  Plaintiff has assigned her right to EAJA fees to her attorney.  If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that

Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and

(2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be

made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasury Offset

Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act,

and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but

delivered to Plaintiff's attorney.

      Dated this 1st day of November 2022.

                                  By the Court

                                  Charlotte N. Sweeney
                                  United States District Judge